FILED

MAY 14 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

GEORGETTE G PURNELL
1560 FULTON AVE. APT. 103
FRESNO CA 93721

In Pro Per

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGETTE G. PURNELL | ) |
| Plaintiff, | ) |
| vs. | ) |
| RUDOLPH AND SLETTEN INC.. | ) |
| Defendant(s). | ) |
| | ) |

CASE NO. 1402 18-cv-01401 PJH

EMPLOYMENT DISCRIMINATION COMPLAINT

AMENDED COMPLAINT

1.    Plaintiff resides at:

Address  1560 FULTON AVE. APT 103

City, State & Zip Code  FRESNO CA. 93721

Phone _____

2.    Defendant is located at:

Address  2 Circle Star Way 4th Floor

City, State & Zip Code  San Carlos Ca 94070

3.    This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employ-ment discrimination.  Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4.    The acts complained of in this suit concern:

a. __ Failure to employ me.

b. XX Termination of my employment.    (see attached)

Form-Intake 2 (Rev. 4/05)                    - 1 -

1     c. __ Failure to promote me.

2     d. __ Other acts as specified below.

3     _____

4     _____

5     _____

6     _____

7     _____

8     _____

9  5.    Defendant's conduct is discriminatory with respect to the following:

10     a. XX My race or color.     See attached exhibit "A" pp 1-16

11     b. __ My religion.

12     c XX_ My sex.     See attached exhibit "A" pp 1-16

13     d XX_ My national origin.     See attached exhibit "A" pp 1-16

14     e. __ Other as specified below.

15     _____

16  6.    The basic facts surrounding my claim of discrimination are:

17     Exhibits "A" and "B" attached will disclose the following facts where

18     where defendants discrimated and or caused discrimination to take

19     effect upon plaintiff where plaintiff was wrongfully terminated wihtout

20     reason based upon plaintiff's race, (black African American), Sex

21     Female, and National Origin (Hatain) in violation of Title VII Of The

22     Civil Rights Act Of 1964.

23     _____

24     ***RIGHT TO SUE LETTER LODGED AT EXHIBIT "B" ATTACHED**

25  7.    The alleged discrimination occurred on or about _____.

26                       (DATE)

27  8.    I filed charges with the Federal Equal Employment Opportunity Commission (or the

28     California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)         - 2 -

1    discriminatory conduct on or about _____.   & December

2                              (DATE)

3    9.     The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter

4    (copy attached), which was received by me on or about _____.

5                              (DATE)

6    10.    Plaintiff hereby demands a jury for all claims for which a jury is permitted:

7           Yes _XX_     No ____

8    11.    WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,

9    including injunctive orders, damages, costs, and attorney fees.

10

11   DATED: _May 11, 2018_          _____

12                                  SIGNATURE OF PLAINTIFF
                                    GEORGETTE G. PURNELL
13

14   (PLEASE NOTE: NOTARIZATION     GEORGETTE G. PURNELL

15   IS NOT REQUIRED.)              _____
                                    PLAINTIFF'S NAME
                                    GEORGETTE G PURNELL
16                                  (Printed or Typed)

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT



To whom it may concern:

*I was refused & black balled by my Union & School*

I, Georgette Gilliane Purnell come before whoever it may concern in hopes for my future in this fast growing industry as an African American Woman. I have been treated unfairly and I believe I have been targeted and blackballed due to the incident I have experienced at Apple Campus 2 in Cupertino Ca. information travels very far and quick within the union I know this to be true because I've indentured into the union as of February 2015 and I've attended multiple classes and schools in Sea Side Ca. Hayward San Jose and Fresno and we here about incidents any and everywhere. Word of mouth. I also have some fellow apprenticeship classmates in Fresno confirm to me that I was brought up in class I was not in attendance of. I am desperately trying to succeed and keep composed and move forward but I will not be passive about the miscommunication and misguidance of my superiors simply because I've been made a speculation. I can assure you I have been under the impression I can reschedule my class as usual with Scott if I was ahead on hours or behind so they would balance which he has been doing so several times. Now my only argument is if that at any time would change he would communicate that to me before cancelling me out the program for the second time due to miscommunication. Although I had the documentation and appointment dates that were rescheduled last minute with the EEOC and health related appointment the same week. I believe Scott has been too hard on me since orientation when he yelled at me for making a statement about the qualification policy with the apprenticeship program concerning the GED he was stating at the door they may not qualify as I added I checked and read that a certificate of completion was sufficient enough. I am highly qualified to research and self-educate myself on any topic or subject and I feel under minded and not given a full fighting chance I am pleading with the committee to help me all I want is consistency I sacrifice and fought hard threw a real struggle to get to work from June 2016 till march 2017 and I've been going threw one of the hardest times in my life fighting to stay in the union and work only once I get past this whole ordeal with these two companies that have shown complete negligence and caused me a major setback in my career. And Scott is well aware of what I am facing because he has allowed me to share with him in long conversations. I expressed to him how I wanted to stay strong be tuff and that I felt like eventually I was taking everything too lightly and that the individual Mike Jones who ruined everything for me as I was climbing up in management rerated to 3rd period within 2-3 months because of all the overtime and double time I was committing to every single week it was offered. February 14th Outti Hicks a sister from Our local 701/9083 was murdered onsite. A clear hate motivated crime. It hit me because I feel no one was concern for me and how I was feeling with some evil man that was attacking me at work while I tried to be the bigger person with my head held high avoiding every situation. And I expressed all this to Scott and he adds to the struggle I'm experiencing. I was lead to believe he was in my best Interest but after this I believe I am being overwhelmed with more that I can't handle and I'm tired and drained. I was told I wasn't cancelled and then told I was cancelled I do not want to feel like my future depends on how he may be feeling the next time around.

Sincerely,

**Statement from Michael R. Jones (harassment claim v. Georgette Purnell – typed by Julie Jacobs, HR Manager, 1/11/2017**

To Whom It May Concern:

On Thursday, January 5th I was sent to get some gloves that are special for handling material that we use. After the long walk to get them I returned at 9:12 a.m. I sat at the table for the remainder of my break when Georgette Purnell walked by and grabbed some of them and took off with them. She does not handle material so I said to return them. By then she was about 15 feet away so I pursued her. Then she ran and yelled get the F*** away from me you F*** weirdow at a tone that everyone could hear. I then stopped and let it go. She was making it look like I was in a bad way chasing her.

Later that day she referred to me with more profanity. One of my co-workers asked me if she was kidding or not. I told him no she was not. Today January 9th she used more profanity at me.

Michael R. Jones

Hand written copy attached. Given to myself and Sam Munoz, Carpenter's BA on Wednesday 1/11/2017 at a scheduled meeting with Mike at AC2 campus at 11:30 a.m.

**DRAFT Georgette Purnell (DY-App 65%)Notes 1 pm 1/12/17 – w/ BA Jose (Jr.) Cabrera**

We talked about the incident that Mike Jones reported. She says she saw a pile of gloves, took a pair off the top because she needed them and because they were company gloves. Then he chased her down about it and she told him to F*** off and leave her alone. Her QC Supervisor, Christian O., saw this interaction. She told Christian to tell Mike to leave her alone; don't talk to me.

She hints at things that have occurred off site. Says she doesn't want to make a big thing about stuff. She admits telling Reasor that she hopes Mike isn't making more of this than what has happened.

She said when Mike first came on board he said to her:

- You stand out (she said it was because of the way she dresses and because she is a favored worker and her good attitude about work)
- Women don't belong on the job site
- I'm not used to working with women.

She said that Moa, Daniel O., and Henry witnessed this…

She decided to tell us about incidences that have occurred with Mike and several other SW/RS and RS employees at two local bars.

Patio Bar and Grill (no date; but soon after Mike started). Moa, Gino, Mike and Georgette were walking around the corner to a smoke shop together. And while GP doesn't recall the conversation, she does recall Mike saying: You're black and using it to your advantage. She said she laughed it off. He is older and I chalked it up to being set in his ways; that is just how he is. She says she forgave him for that. She adds that perhaps he is just jealous because I am positive, interactive, favored…social.

December 4, 2016, GP attends Moa's birthday party at Lazy Dog bar. Marcos from her crew was there (he is of Puerto Rican descent), Moa was there…Mike was drunk and said to her:

You're a Nigger, You're a Nigger, You're a Nigger. I'm a proud bigot and a proud racist. She says there were at least 3 other R&S employees there that night and she declined to identify them at this point. At some point she says, even his youngest son told me directly that his dad is a bigot.

At this point during our interview she has been talking non-stop and going back and forth between wanting to say more and not wanting to say more. She said that she comes to work and everyone seems to know her business and that Mike is the source of the rumors/gossip.

More recently she walked in to the Patio Bar and saw that several R&S guys were at the bar and that Mike Jones and some of her crew members were there. She was not with them or interacting with them. She got into a confrontation with the bartender after she tried to turn on a heater (and the bartender told her to leave it alone). GP felt disrespected and they argued. She tried to leave and the bartender tried to stop her. GP said that the next thing she knew 4 men were restraining her and that the bartender's husband grabbed her by the throat. She got outside and called the police herself. The police had the bartender ID her and they took her to jail. She now has a lawsuit against the bar and the police. She said after this, she was told that Mike Jones said she was arrested and I helped hold her down. She was visibly upset that people at work are continually coming up to her talking about her business.

3

As the conversation ended she added:

My crew mate Daniel says that Mike arrives before everyone at 0400, he sometimes sleeps there and that he steels things.  She said that she heard that Mike said...I'm going shopping (a reference to taking things).

Marcos (a Mexican crew worker) told her that Mike was talking politics, said he voted for Trump, tried to explain away the immigration issue and Trumps remarks about Mexicans.  Apparently Mike said, "Bye Bye to all you guys...time for you to go!"

<u>After all this, she said, if this whole thing could just go away...tell him to leave me alone.  I just don't want the drama.</u>

Note: I told her exactly what was in the statement of Mike.  She gave her side of that.  I told her the expectation is that everyone acts professionally and politely and admonished her to not use profanity.  (I called Mike Jones and told him the same thing...be professional until the matter is concluded).

I told her I would summarize and review the interview and will get back to her.

**BA Jose Cabrera wanted to go on the record to say:**

I want to be in on any future interviews with Mike Jones.  I want to be able to ensure Georgette that the right steps are being taken.  She is in a position to make a claim.  We have things to bring to Mike's attention.

**1 - 2:30 approximately.**

Purnell v. Jones Notes 1.16.2017

Pending Interviews:

1. Tim Fultonberg - Superintendent
2. Christian Osceguera – QC Supervisor
3. Ben Garner
4. Moa Soaseiti
5. Fotunaomonaia Leaea (Tuun)
6. Reasor Morrow
7. Daniel (crewmate)
8. Marcos (Mexican)

- o Interview Moa regarding the discriminatory language at the bar.  Marcos (Puerto Rican) was present.  *Interview Moa regarding being shown the TXT from the Estel Supervisor of GP claiming harassment from Mike and "Nash".*
- o Interview Christian O. regarding the glove incident and her telling MJ to f*** off.
- o Interview Reason Morrow regarding GP telling him Mike better back off.
- o Interview Daniel (crewmate) regarding Mike stealing.
- o Interview Marcos (Mexican) about Mike saying "bye-bye to all  you guys"
- o Interview Tim Fultonberg about being told of the glove incident.
- o Interview Ben Garner and Tuun Leaea – witnesses at the gang box (profanity)

Meeting Notes – Mike Jones, DYJM  - Harassment Claim (Georgette Purnell – DY App 65%)

1/11/2017 @ 11:30 am

- • Julie Jacobs, HR Manger
- • Sam Munoz, BA Carpenters
- • Mike Jones – complainant

Mike told us that when the incident with Georgette occurred on 1/5/17 (see statement), he called his supervisor, Tim Fultonberg, SUPT, to inform him what happened.  He said Tim told him he did the right thing and that "I'll take care of it."

We had originally scheduled a meeting with Mike yesterday, 1/10 at 10:30, but he had called in sick. Mike said today at 0900, his co-worker Reasor M. told him that Georgette had come over to him and said **"If Mike knows what's good for him, he'll drop this".**  Mike said that Reasor told Georgette that he was not involved in this matter.

We asked Mike if he had ever worked with Georgette before and if he ever had any contact with her outside work. He said "no" to both questions.

As we reviewed Mike's statement we asked for a few details.  He gave us first names of a few potential witnesses that will need further investigation to identify:

Reasor M. – coworker mentioned above

Ben – coworker who asked Mike if Georgette was "serious" when she used profanity referred to "later that day" in the statement.  Mike clarified that this happened at the gang box on L1-A4.  He said Georgette had no reason to be over there because she does not use tools (she is QC).  She was rummaging through the box saying "I am looking for my tools".

Tune – FM who would have been present at the gang box mentioned above.

Moa – SUPT who showed Mike the TXT from the Estel SUPT.

At the end of the conversation, we asked Mike if there were any other incidents involving Georgette:

- • He said he saw her looking at her phone one time as if she didn't have to work like the others. Mike said he told her she pulled the female card on that one.

- • He said that about 2 months ago, another superintendent named Moa showed Mike an email from another SUPT on the Estel crew that said Georgette had complained that Mike and Nash (unknown last name) were harassing her saying, "oh baby, oh baby".  (Note that HR was not informed of this incident by any SUPT).

- • He said she is giving him dirty looks whenever she passes by him in his area.

*6*

Mike Jones v. Georgette Purnell Investigation

| | | |
|---|---|---|
| **Mike Jones -** MJ is our initial complainant (incident 1/5/2017; interview HR and BA Munoz on 1/11/2017, stating GP is pushing his buttons. She snatched a pair of work gloves that he had obtained to give out to his crew and he confronted her about it. He says when this happened, she called him an "f'ing weirdo and to get away from me". The profanity offended MJ.  Later same day she used profanity at the gang box toward him.  He decided to report the incident. | January 9 glove incident | Interviewed 1/11/2017 - Munoz |
| **Georgette Purnell -** GP finds out that Mike reported her and proceeds to inform her Union BA (Jose Cabrera).  Her written statement was received by HR (Julie Jacobs) on 1/24 from BA, but myself and BA Cabrera interviewed her as part of the investigation into MJ's complaint on 1/12/2017.  GP admits to the January 9 incident and her behavior, but further states this occurance was precipitated by the way MJ has interacted with her ever since she started. | January 9 glove incident and counter claim of harassment and discrimination. | Interviewed 1/12/2017 - Cabrera |
| | Day 1 he expressed his opinion to me about women in construction | |
| | GP states Mike hassled the bartenders and women at the Lazy Dog Bar * I'm Mike Jones the Cracker not the Rapper" * Moa's bday - You're a n** and you people think we owe you something.  You're milking it pulling through the trade because your black. * | |
| **Tim Fultonberg, Superintendent** | About a week ago GP told Tim that Mike dropped the N-bomb | Interviewed Tuesday 1/24 - Mike Lacy |
| | Tim talked to both Mike and GP about the glove incident and reported it to Oscar who he never heard back from about matter. Mike told Tim that he and GP have a history.  GP told Tim her tool bag was taken. | |
| | Since the incident, they have kept their distance from each other. | |
| **Moa Soaseiti, Asst. Superintendent** | Moa's bday @ Lazy Dog - Moa tried to calm him down after he called me N**, then Mike continued: You're a N** 3x; Yep, I'm a proud racist and a proud bigot. | Interviewed Tuesday 1/24 - Mike Lacy |
| | Moa confirms that Mike called her the N-word and the B-word at this bday party at the Lazy Dog | |

7

| Moa Soaseiti, Asst. Superintendent - Cont'd | That night they were arguing and he did not know what it was about. | |
|---|---|---|
| | Mike is often hear at morining line up saying, "I'm a proud bigot" | |
| | They don't get along and it started a while back; I always try to keep them apart | |
| | He got a phone call from ESTEL Supt (Sue Yang) regarding GP claiming sexual harassment from Mike Jones and Nash Sadek - Moa did not report it. (Did Estel?) | |
| Tuun Leaea, Foreman | Does not recall the gang box incident that occurred same day as glove incident | Interviewed Tuesday 1/24 - Mike Lacy |
| | They got along well at first, but now they have ups and downs | |
| | Tuun was at Moa's bday party at Lazy Dog; saw no arguments between them, but he only stayed 30 minutes. | |
| Christian Oseguera, QC Inspector | He did not see the glove incident; she told him about it; she told him that he calls her names, but he has no specifics. | Interviewed Tuesday 1/24 - Mike Lacy |
| | He has heard Mike Jones use profanity | |
| | Mike doesn't like to take direction from younger guys | |
| | Jose Trigueros, DY App says Mike is a racist | |
| Scott Brown, DYJM | These people were at the party: me, Cliff, Leon, Mike Jones, GP, Mike's son, Tuun, Tuun's apprentice Sean, Marcos Morales. I left early as did: Cliff, Leon, Tuun, Tuun's apprenctice. | Interviewed Tuesday 1/24 - Mike Lacy |
| | He never saw an incident between Mike and GP at the bday party | |

8

| | | |
|---|---|---|
| Marcos Morales, DYJM | Says he was not at the bday party, but he has been to the Lazy Dog | Interviewed Tuesday 1/24 - Mike Lacy |
| GP and Tuun say Marcos Morales was at the bday party. Reinterview Marcos 1/27. - EE confirms that he was NOT at the party.  He heard about it on Firday but did not attend.  He didn't work on Saturday (day of party). | There was an incident with GP and him at the bar with regard to a cutting knife he gave to her at work.  She is rude and vulgar and I told her to get away from me and I keep my distance from her now. | |

| | | |
|---|---|---|
| Marcos Romero, DYJM | During the election, Mike came to our crew and said "Sorry, all you Mexicans need to get on the bus..." | Interviewed Tuesday 1/24 - Mike Lacy |
| No HR record of this incident; FM Cipriano was the one he said it to.  He told Thai Doan who said he woud handle.  Interview Thai 1/27. | He jokes around so I did not take offense, but many others did. | |
| | I heard someone say Mike was written up for this. | |

| | | |
|---|---|---|
| Gino Arteaga, DYJM | No recollection of walking with GP et al to the smoke shop from Patio bar. | Interviewed Tuesday 1/24 - Mike Lacy |
| | Frequents the bars with work crew. | |
| | ~2 months ago on a Saturday at work, he saw Mike and GP face to face going at it verbally; there may have been some reference to something offsite and personal. | |

| | | |
|---|---|---|
| Jose "Job" Trigueros, Carp/Dry App 65% | Per Christian Oseguera, he seems to recall Jose saying Mike is a racist; NFD. | MJ say to Jose:  "Trump's gonna build a wall, so you can  go back to Mexico and screw that side off." |
| | | On Election Day MJ says to Jose:  "You guys should get on a bus." |
| | Gino mentions Job as one of the crew that frequents the bar. | Jose says he has been to 3 restaurants only 3x with the crew:  BJs, Bluewater & Hooters - never any issues; shop talk |

| | | |
|---|---|---|
| Henry Pinal, DYJM | Witness per GP of MJ telling her women don't belong on jobsite when she first arrived. | Henry knows GP and says he did not see/hear this incident directly.  He heard it as a rumor soon after she came on board. |
| | frequents bars with crew | |

9

| Cipriano De Leon, FM | First mentioned to us by Marcos Ramero; SW HR confirms that Cipriano is the person Mike made the bus comments to. | I was on the 2nd floor, he came up from the 1st and said, "there is a bus downstairs waiting for you...(I thought he was serious, that perhaps he meant a worker transport bus). "here to take all the Mexicans back". I took the remark as a joke and was slightly offendend. My crew got angry and I had to calm them down. I told Mike it was inappropriate; he said it was a joke. I emailed a detailed desc. of what hapened to Thai D. Thai said what happened was not right and that he would write Mike up for the incident. Cipriano says he heard later that Mike told the joke two more times over the next couple of weeks. |
|---|---|---|
| Interview Cipriano 1/27 to see if other incidents with Mike | | |

| Oscar Aviles, Installation Mgr/HR/Onboarding to AC2 | GP says only on the day when she was interviewed by Union Rep (Jose) and R&S HR (Julie) did Oscar talk to her about how she has been treated since she started 6/13/2016, stating she never felt he was wasn't genuine and didn't care that she was being seen as a trouble maker. GP says she didn't want to be "the woman making problems" so she did not pursue the matter. | Oscar says that Justin Kreig (PM) told him about GP reporting harassment to him on either Friday 1/13 or 1/20 and that he reached out to GP the following Mon or Tues. |
|---|---|---|

| Thai Doan, Superintendent | SW HR has no report of the racial comments reportedly stated by MJ to Cipriano about Mexicans around the time of the election. | |
|---|---|---|
| Interview Thai Doan to see if he reported or investigated the racist comments. | | Thai says Cipriano reported MJ was roaming the floor for product (this was his main concern). Thai says Cipriano told him about the comment and that Cipriano handled it. Thai did not investigate further.. |
| Interview Thai Doan to see if he reported the harassment of GP by MJ and Nasher. | | Thai says that Sue Yang called him about the harassemtn reported by GP. Thai talked to Nash and told him to only address people by their names and not to call anyone "baby". Thai circled back to GP to tell her he had talked to Nash. Per Thai, the complaint was not about Mike Jones. |

10

●●●○○ T-Mobile   LTE                    1:36 PM                    @ ○ ■▮

⟨ Search                          4 Messages                      ⟨   ⟩
                                 Georgette Purnell

Found in Exchange Sent Mailbox                                    ➹

**Georgette Purnell**                              2/22/17        GP
To: Jeremy Miller                                  Details

Thank you gentleman your appreciated

Sent from my iPad



See More                                                          ↩

Found in Exchange Inbox                                          🗀

⚑        🗀        🗑        ↩        ✎        ||

Rudolph & Sletten, Inc.

## Speed/ Batch Timesheet

AC2/Service West  Batch # 2445992

Week Ending: 2/11/2017

| Emp Number | Employee Name | Date | Job | Sub Ledger | Sub Type | Cost Code | Pay Type | Job Type | Job Step | Shift | Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 444546 | Purnell, Georgette | 2/8/2017 | 10459852 | 10459852 | C | 10220241 | 1 | | | | 8.00 |
| 444546 | Purnell, Georgette | 2/10/2017 | 10459852 | 10459852 | C | 10220241 | 1 | | | | 8.00 |
| 444546 | Purnell, Georgette | 2/7/2017 | | | | | 1 | | | | 8.00 |
| 444546 | Purnell, Georgette | 2/9/2017 | | | | | 1 | | | | 7 1/2 |
| 444546 | Purnell, Georgette | | | | | | | | | | |

Totals    31 1/2    0

1= Regular Time
100= Overtime
110= Double Time

IT IS MANDATORY FOR ALL NON-EXEMPT (HOURLY) EMPLOYEES TO
COMPLETE THIS SECTION OF THE TIMECARD.

Record all daily work and meal start and stop times in the box
to the right using military time (i.e. 5:00pm=17:00pm).   This
Must be completed for each day worked.

| | SUN | MON | TUE | WED | THUR | FRI | SAT | TOTAL |
|---|---|---|---|---|---|---|---|---|
| START | | | Worked 7:00 AM to 3:30 PM Daily | | | | | |
| STOP | | | 10 Minute Break at 10:00 AM | | | | | |
| START | | | 30 Minute Lunch at 12:00 PM | | | | | |
| STOP | | | 10 Minute Break at 12:30 PM | | | | | |
| TOTAL HRS | | | | | | | | |

By
anc
are

Signature _____

Mike Dawson, Superintendent

*(handwritten notes)* Fucked UP ???

missing hour
every week on
pre verification
forms
caused me to go
in the office
every week

12

# Rudolph & Sletten, Inc

## Speed/ Batch Timesheet

AC22/Service West  Batch # 2445992

Week Ending:  2/18/2017

| Emp Number | Employee Name | Date | Job | Sub Ledger | Sub Type | Cost Code | Pay Type | Job Type | Job Step | Shift | Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 444546 | Purnell, Georgette | 2/13/2017 | 10459952 | 10459952 | C | 10220241 | 1 | | | | 8 |
| 444546 | Purnell, Georgette | 2/14/2017 | 10459952 | 10459952 | C | 10220241 | 1 | | | | 8 |
| 444546 | Purnell, Georgette | 2/15/2017 | 10459952 | 10459952 | C | 10220241 | 1 | | | | 8 |
| 444546 | Purnell, Georgette | 2/16/2017 | 10459952 | 10459952 | C | 10220241 | 1 | | | | 7 |
| 444546 | Purnell, Georgette | 2/17/17 | ١١ | ١١ | | ¥١ | 10٥ | | | | 8 ✱ |
| 444546 | Purnell, Georgette | | | | | | | | | | |
| 444546 | Purnell, Georgette | | | | | | | | | | |

Totals  § 31

1= Regular Time
100= Overtime
110= Double Time

EMPLOYEES TO

_box_
_his_

| | SUN | MON | TUE | WED | THUR | FRI | SAT | TOTAL |
|---|---|---|---|---|---|---|---|---|
| START | | | Worked 7:00 AM to 3:30 PM Daily | | | | | |
| STOP | | | 10 Minute Break at 10:00 AM | | | | | |
| START | | | 30 Minute Lunch at 12:00 PM | | | | | |
| STOP | | | 10 Minute Break at 12:30 PM | | | | | |
| TOTAL HRS | | | | | | | | 0 |

Signature _____

Mike Dawson, Superintendent

_T.D_

Paid all my OT
on next check

⟩⟩ 10 hours of OT
⟩⟩ missed in JAN or Feb.

2/23/17

13

**Rudolph & Sletten, Inc**

# Speed/ Batch Timesheet

Week Ending: 1/28/2017

AC2/Service West Batch # 2446992

| Emp Number | Employee Name | Date | Job | Sub Ledger | Sub Type | Cost Code | Pay Type | Job Type | Job Step | Shift | Hours |
|---|---|---|---|---|---|---|---|---|---|---|
| 444546 | Purnell, Georgette | 1/23/2017 | 10459952 | 10459952 | C | 10220241 | 1 | | | | 8 |
| 444546 | Purnell, Georgette | 1/24/2017 | 10459952 | 10459952 | C | 10220241 | 1 | | | | 8 |
| 444546 | Purnell, Georgette | 1/25/2017 | 10459952 | 10459952 | C | 10220241 | 1 | | | | 8 |
| 444546 | Purnell, Georgette | 1/26/2017 | 10459952 | 10459952 | C | 10220241 | 1 | | | | 8 |
| 444546 | Purnell, Georgette | 1/27/2017 | 10459952 | 10459952 | C | 10220241 | 1 | | | | 8 |
| 444546 | Purnell, Georgette | | | | | 10220241 | 10b | | | | 2 |
| 444546 | Purnell, Georgette | | | | | | | | | Totals | 42 |

Missing 2 hour overtime overall.
Field coordinated between Thai, Georgette & Oscar

Thai Dian

1= Regular Time
100-
110:

IT IS
COM

Verification missing
week ending Jan 21, 2017

| | SUN | MON | TUE | WED | THUR | FRI | SAT | TOTAL |
|---|---|---|---|---|---|---|---|---|
| START | | | Worked 7:00 AM to 3:30 PM Daily | | | | | |
| STOP | | | 10 Minute Break at 10:00 AM | | | | | |
| START | | | 30 Minute Lunch at 12:00 PM | | | | | |
| STOP | | | 10 Minute Break at 12:30 PM | | | | | |
| TOTAL HRS | | | | | | | | 0 |

Reco... to the **Must**

By sig and m are ac

Signature

Mike Dawson, Superintendent

14

**Rudolph & Sletten Inc.**

## Speed/ Batch Timesheet

Sun – Sat

Week Ending: 9/10/2016

AC2/Service West  Batch # 2445992

| Emp Number | Employee Name | Date | Job | Sub Ledger | Sub Type | Cost Code | Pay Type | Job Type | Job Step | Shift | Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 444546 | Purnell, Georgette | 9/4/2016 | 10459952 | 10459952 | C | 10220282 | 110 | | | | 10 |
| 444546 | Purnell, Georgette | 9/5/2016 | 10459952 | 10459952 | C | 10220271 | 110 | | | | 10 |
| 444546 | Purnell, Georgette | 9/6/2016 | 10459952 | 10459952 | C | 10220284 | 1 | | | | 8 |
| 444546 | Purnell, Georgette | 9/7/2016 | 10459952 | 10459952 | C | 10220262 | 1 | | | | 8 |
| 444546 | Purnell, Georgette | 9/8/2016 | 10459952 | 10459952 | C | 10220267 | 1 | | | | 8 |
| 444546 | Purnell, Georgette | 9/9/2016 | 10459952 | 10459952 | C | 10220282 | 1 | | | | 8 |
| 444546 | Purnell, Georgette | 9/9/2016 | 10459952 | 10459952 | C | 10220282 | 100 | | | | 2 |
| 444546 | Purnell, Georgette | 9/10/2016 | 10459952 | 10459952 | C | 10220282 | 100 | | | | 8 |
| 444546 | Purnell, Georgette | 9/10/2016 | 10459952 | 10459952 | C | 10220282 | 110 | | | | 2 |

Totals      164

|  | SUN | MON | TUE | WED | THUR | FRI | SAT | TOTAL |
|---|---|---|---|---|---|---|---|---|
| START | | | | | | | | |
| STOP | St | | | | | | | |
| START | | | | | | | | |
| STOP | | | | | | | | |
| TOTAL HRS | | | | | | | | 0 |

Worked 7:00 AM to 3:30 PM Daily
- 10 Minute Break at 10:00 AM
- 30 Minute Lunch at 12:00 PM
- 10 Minute Break at 12:30 PM

Signature _____

Mike Dawson, Superintendent

1= Regular Time
100= Overtime
110=Double Time

EMPT (HOURLY) EMPLOYEES TO TIMECARD.

stop times in the box
m=17:00pm).    This
L

an all rest
hours reported

Signature _____
Purnell, Georgette

This is how many
hours I was
getting Q4 hours
10 hours + OT
8 hours DT was
cut down after
Dec. incident

15

**Rudolph & Stetten, Inc**

## Speed/ Batch Timesheet

Week Endin 8/27/2016

AC22/Service West Batch # 2446992

| Emp Number | Employee Name | Date | Job | Sub Ledger | Sub Type | Cost Code | Pay Type | Job Type | Job Step | Shift | Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 444546 | Purnell, Georgette | Mon off / TUES 8/23/2016 | 10459952 | 10459952 | C | 10220282 | 1 | | | | 8 |
| 444546 | Purnell, Georgette | WED 8/24/2016 | 10459952 | 10459952 | C | 10220282 | 1 | | | | 8 |
| 444546 | Purnell, Georgette | WED OT 8/24/2016 | 10459952 | 10459952 | C | 10220282 | 100 | | | | 2 |
| 444546 | Purnell, Georgette | THurs 8/25/2016 | 10459952 | 10459952 | C | 10220282 | 1 | | | | 8 |
| 444546 | Purnell, Georgette | THurs OT 8/25/2016 | 10459952 | 10459952 | C | 10220282 | 100 | | | | 2 |
| 444546 | Purnell, Georgette | Fri 8/26/2016 | 10459952 | 10459952 | C | 10220262 | 1 | | | | 6 |
| 444546 | Purnell, Georgette | Sat OT 8/27/2016 | 10459952 | 10459952 | C | 70007308 | 100 | | | | 8 |
|  |  |  |  |  |  |  |  |  |  | Totals | 42 |

28¼ DT 8/28/16   8hrs

8/2/2016
missing Double time

| | SUN | MON | TUE | WED | THUR | FRI | SAT | TOTAL |
|---|---|---|---|---|---|---|---|---|
| START |  |  | 6 Am : | 2 pm |  |  |  | |
| STOP |  |  | Worked 7:00 AM to 3:30 PM Daily |  |  |  |  | |
| START |  |  | 10 Minute Break at 10:00 AM |  |  |  |  | |
| STOP |  |  | 30 Minute Lunch at 12:00 PM |  |  |  |  | |
| TOTAL HRS | 42 hrs |  | 10 Minute Break at 12:30 PM |  |  |  |  | 0 |

= Regular Time
10= Overtime
10= Double Time

I. NON-EXEMPT (HOURLY) EMPLOYEES TO
IS SECTION OF THE TIMECARD.

Record all daily work and meal start and stop times in the box
to the right using military time (i.e. 5:00pm=17:00pm). This
Must be completed for each day worked.

v. I attest that I have taken all rest
s requested, and the hours reported
are accurate.

Signature _____ (signature)
Purnell, Georgette

Signature _____ (signature)
Mike Dawson, Superintendent

16

# EXHIBIT "B"



**U.S. Equal Employment Opportunity Commission**
**Fresno Local Office**

2500 Tulare Street
Suite 2601
Fresno, CA 93721
(559) 487-5797
TTY (559) 487-5837
Fax: (559) 487-5053

Respondent: RUDOLPH AND SLETTEN
EEOC Inquiry No.: 485-2017-00251

June 20, 2017

Georgette G. Purnell
2644 Sterling Ave
Sanger, CA 93657

Dear Ms. Purnell:

This is with reference to your recent inquiry (an office visit, phone call, correspondence, or electronically submitted intake questionnaire) in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to the statute(s) checked off below:

[ X ]   Title VII of the Civil Rights Act of 1964 (Title VII)

[ ]   The Age Discrimination in Employment Act (ADEA)

[ ]   The Americans with Disabilities Act (ADA)

[ ]   The Equal Pay Act (EPA)

[ ]   The Genetic Information Nondiscrimination Act (GINA)

The attached EEOC Form 5, Charge of Discrimination, is a summary of your claims based on the information you provided. To enable proper handling of this action by the Commission you should:

(1)   Review the enclosed charge form and make corrections.

(2)   Sign and date the charge in the bottom left hand block where I have made an "X".

(3)   Return the signed charge to this office.

These steps are necessary if you wish to file a charge. No charge has been filed because the correspondence you submitted was not signed. Since charges should be filed within the time limits imposed by law, please complete these steps as soon as possible. Please call me at the number listed below if you have any questions. If you have to call long distance, please call collect.

IF WE DO NOT RECEIVE YOUR SIGNED CHARGE WITHIN 30 DAYS OR HEAR FROM YOU WITHIN 30 DAYS, WE WILL ASSUME THAT YOU DECIDED NOT TO FILE A CHARGE OF DISCRIMINATION WITH EEOC.

Please be aware that after we receive your signed charge, the EEOC will send a copy of the charge to California Department Of Fair Employment & Housing 2218 Kausen Drive Suite 100 Elk Grove, CA 95758 as required by our procedures. If that agency processes the charge, it may require the charge to be signed before a notary public or an agency official. The agency will then investigate and resolve the charge under their statute.

Please use the "EEOC Inquiry No." listed at the top of this letter whenever you call us. Please notify this office of any change in address or of any prolonged absence from home. Please also read the enclosed brochure, "What You Should Know Before You File A Charge With EEOC," for answers to frequently asked questions about employee rights and the EEOC process.

Sincerely,

Elizabeth Fraire
Office Automation Asst
(559) 487-5797

Office Hours: Monday – Friday, 8:30 a.m. - 5:00 p.m.
www.eeoc.gov

Enclosure(s)
    Copy of EEOC Form 5, Charge of Discrimination
    Copy of EEOC Uniform Brochure, "What You Should Know Before You File A Charge With EEOC."

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 485-2017-00251 |

| California Department Of Fair Employment & Housing | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Ms. Georgette G. Purnell** | **(559) 722-2571** | **1986** |

| Street Address | City, State and ZIP Code |
|---|---|
| **2644 Sterling Ave, Sanger, CA 93657** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **RUDOLPH AND SLETTEN** | **500 or More** | **(650) 216-3600** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1600 Seaport Blvd #350,  Redwood City, CA 94063** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

**DISCRIMINATION BASED ON** *(Check appropriate box(es).)*

☒ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☒ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| 08-31-2016 | 03-22-2017 |
| ☐ CONTINUING ACTION | |

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I:     On or about June 13, 2016, I was hired as Drywall/Inspector and was subsequently promoted to Quality Control Management. My supervisors were Thai LNU, Superintendent, Tim LNU, Superintendent, Dave LNU, Project Manager, and Paula LNU, Project Manager. Beginning on or about August 2016, I was subjected to comments regarding my gender including, but not limited to, women do not belong on the job site, and derogatory racial comments by my co-worker, Mike Jones, Installer. On or about January 12, 2017, I reported the treatment to Julie Roberts, Human Resources. Thereafter, I was placed under a new supervisor and received numerous disciplinary actions. On or about March 22, 2017, I was discharged.

II.     I was told that I was discharged because I missed a meeting. No other reason was given.

III.     I believe I was harassed because of my race, Black/African American, because of my national origin, Ethiopian, because of my national origin, Haitian, and because of my sex, Female, in violation of Title VII of the Civil Rights Act of 1964, as amended. I believe I was subjected to different terms and conditions of employment, disciplined, and discharged in retaliation for opposing discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>AUG 0.7 2017 |
| <br>June 25, 2017<br>_____   _____<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*)<br>EEOC<br>Fresno Local Office |

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: Georgette G. Purnell<br>2644 Sterling Ave<br>Sanger, CA 93657 | From: Fresno Local Office<br>2500 Tulare Street<br>Suite 2601<br>Fresno, CA 93721 |
|---|---|

| | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 485-2017-00251 | Armando Hernandez,<br>Investigator | (559) 487-5052 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

**Melissa Barrios,**
**Director**

12/26/17
*(Date Mailed)*

Enclosures(s)

cc:  **Autumn Martin**
**Human Resources**
**RUDOLPH AND SLETTEN INC**
**1600 Seaport Blvd Ste 350**
**Redwood City, CA 94063**