1

2

3

4 UNITED STATES DISTRICT COURT

5 NORTHERN DISTRICT OF CALIFORNIA

6

7 GEORGETTE G. PURNELL,                      Case No. 18-cv-01402-PJH (KAW)

8           Plaintiff,

9       v.                                    **ORDER DENYING PLAINTIFF'S
                                             MOTION FOR SANCTIONS**
10 RUDOLPH AND SLETTEN INC.,                 Re: Dkt. No. 72

11           Defendant.

12

13          Plaintiff Georgette G. Purnell filed these cases against Defendants Rudolph and Sletten,

14 Inc. and Service West, Inc., alleging discrimination on the basis of race, sex, and national origin.

15 (*See* Dkt. No. 1.)[1] On March 15, 2019, Plaintiff filed the instant motion for sanctions, based on

16 Defendants' alleged "continueing [sic] engaging in frivolity." (Plf.'s Mot. for Sanctions, Dkt. No.

17 72.) On March 28, 2019, Defendants filed their opposition. (Defs.' Opp'n, Dkt. No. 77.) As of

18 the date of this order, Plaintiff has not filed a reply.

19          Plaintiff provides no basis for sanctions. First, Plaintiff complains that she has been

20 "extremely cooperative as can be with [D]efendants." (Plf.'s Mot. for Sanctions at 2.) To the

21 contrary, Plaintiff has repeatedly refused to comply with her discovery obligations, necessitating

22 multiple orders by this Court reminding Plaintiff of the need to cooperate in discovery or risk

23 terminating sanctions. (*See* Dkt. Nos. 58 (Dec. 17, 2019 Discovery Order) at 4, 60 (Dec. 19, 2019

24 Discovery Order) at 2, 71 (March 6, 2019 Discovery Order) at 4.) Moreover, while Plaintiff

25 asserts that Defendants should not be requesting further documents because she already informed

26 them that the remaining documents were lost when her car was towed, the Court notes that

27 _____

28 [1] The cases were originally filed separately; on January 9, 2019, the cases were consolidated.
(Dkt. No. 64.)

1  Plaintiff did not inform Defendants of such until February 22, 2019, after Defendants had already

2  filed their February 20, 2019 letter regarding Plaintiff's failure to provide responsive documents.

3  (*See* Plf.'s Mot. for Sanctions at 2, 3; Dkt. No. 67 (Defs.' Feb. 20, 2019 Discovery Letter).)

4        Second, Plaintiff alleges that Defendants have made "threats and underhand tactics."

5  (Plf.'s Mot. for Sanctions at 2.)  Plaintiff provides no facts or evidence in support.  To the extent

6  Plaintiff is complaining of Defendants filing multiple discovery letters, those letters had merit.

7        Third, Plaintiff points to Defendants' refusal to produce her deposition transcript to her.

8  (Plf.'s Mot. for Sanctions at 3.)  The Court already denied Plaintiff's motion to compel Defendants

9  to produce her deposition transcript, and the presiding judge denied Plaintiff's appeal of that order.

10  (*See* Dkt. No. 70 (March 5, 2019 Order Denying Motion to Compel); Dkt. No. 76 (March 27, 2019

11  Order Denying Motion for Relief from Non-Dispositive Pretrial Order) at 1-2.)

12        Accordingly, the Court DENIES Plaintiff's motion for sanctions.

13        IT IS SO ORDERED.

14  Dated: April 9, 2019

15  _____
KANDIS A. WESTMORE

16  United States Magistrate Judge

2