| | |
|---|---|
| 1 | KRISTIN E. HUTCHINS, Bar No. 184429 |
| | DEBORAH O. OLALEYE, Bar No. 315838 |
| 2 | LITTLER MENDELSON, P.C. |
| | 333 Bush Street, 34th Floor |
| 3 | San Francisco, California  94104 |
| | Telephone:   415.433.1940 |
| 4 | Facsimile:    415.399.8490 |
| | Email: khutchins@littler.com |
| 5 | dolaleye@littler.com |
| 6 | Attorneys for Defendant |
| | SERVICE WEST, INC. |
| 7 | |
| 8 | MARK J. DIVELBISS, Bar No. 142084 |
| | LAW OFFICES OF MARK J. DIVELBISS |
| 9 | 5938 Rincon Drive |
| | Oakland, CA 94611 |
| 10 | Telephone:   (510) 339-1755 |
| | Email:  mark@mjd-law.com |
| 11 | |
| | Attorneys for Defendant |
| 12 | RUDOLPH AND SLETTEN, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 15 | GEORGETTE G. PURNELL, | **Lead Case No.  4:18-cv-01402-PJH** |
| 16 | Plaintiff, | Consolidated with 4:18-cv-01404-PJH |
| 17 | v. | [PROPOSED] **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO: (1) EXCEED PAGE LIMIT FOR SUMMARY JUDGMENT MOTION, AND (2) MOVE SUMMARY JUDGMENT HEARING DEADLINE BACK ONE WEEK DUE TO COURT UNAVAILABILITY** |
| 18 | RUDOLPH AND SLETTEN INC., | |
| 19 | Defendant. | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | GEORGETTE G. PURNELL, | **R&S Complaint Filed:** March 14, 2018 |
| 24 | Plaintiff, | **SW Complaint Filed:** March 2, 2018 |
| 25 | v. | |
| 26 | SERVICE WEST, INC., | |
| 27 | Defendant. | |
| 28 | | Case No.  4:18-cv-01402-PJH |
| | | Case No.  4:18-cv-01404-PJH |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

[PROPOSED] ORDER GRANTING DEFS' ADMIN MOTION RE MSJ PAGE LIMIT & HEARING DEADLINE

**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT FOR SUMMARY JUDGMENT MOTION**

On July 17, 2019, Defendants Service West, Inc. and Rudolph & Sletten, Inc. filed an Administrative Motion To: (1) Exceed Page Limit For Summary Judgment Motion, and (2) Move Summary Judgment Hearing Deadline Back One Week Due To Court Unavailability. The motion requested permission to file a summary judgment motion of up to 40 pages, and supported an equivalent increase in number of pages for Plaintiff's Opposition, and also asked to move the deadline set for hearing dispositive motions set in the Court's Case Management and Pretrial Conference Orders [Docs 42 {R&S} and 46 {SW}] back by one week due to the Court's unavailability. Having considered all of the papers filed, the Court finds as follows:

IT IS HEREBY ORDERED THAT Defendants' Administrative Motion is **GRANTED:**

(1) Defendants may file a joint summary judgment motion of up to 40 pages in length, and Plaintiff may file an opposition of up to 40 pages in length.

(2) Dispositive motions are to be heard no later than September 25, 2019.

**IT IS SO ORDERED.**

Dated: July 26, 2019

_____
THE HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

FIRMWIDE:165591793.1 008333.1015

2.    Case No. 4:18-cv-01402-PJH
      Case No. 4:18-cv-01404-PJH

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

[PROPOSED] ORDER GRANTING DEFS' ADMIN MOTION RE MSJ PAGE LIMIT & HEARING DEADLINE