UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGETTE G. PURNELL, | Case No. 18-cv-01402-PJH (KAW) |
| Plaintiff, | |
| v. | **ORDER DENYING REQUEST FOR STAY** |
| RUDOLPH AND SLETTEN INC., | Re: Dkt. No. 132 |
| Defendant. | |

On August 19, 2019, the Court granted Defendants' request for an independent medical exam ("IME"). (Aug. 19, 2019 Ord., Dkt. No. 116.) The Court required that Plaintiff submit to an IME no later than 45 days from the date of the order, unless otherwise agreed to by the parties. (*Id.* at 4.)

On September 9, 2019, Plaintiff filed a request for de novo review with the presiding judge. (Dkt. No. 133.) Plaintiff also filed a request for the undersigned to stay the August 19, 2019 order until the presiding judge, Ninth Circuit, and United States Supreme Court review the decision. (Dkt. No. 132 at 2.) In support of the request, Plaintiff argues that "the order at issue flies in the face of common sense as plaintiff has consistently presented in multiple pleadings to this court on the matter of defendants' IME, mainly attending such an examination without court appointed psyche Marcie Bastien . . . ." (*Id.*)

The Court finds Plaintiff has not demonstrated good cause to grant a stay. Disagreement with the Court's order is not an adequate reason to stay the order, particularly when Plaintiff offers no legal arguments as to how the Court erred. Accordingly, the Court DENIES Plaintiff's request to stay the August 19, 2019 order.

The deadline for the IME remains 45 days from the date of the August 19, 2019 order, *i.e.*,

October 3, 2019.

IT IS SO ORDERED.

Dated: September 13, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge