UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGETTE G. PURNELL,<br>Plaintiff,<br>v.<br>RUDOLPH AND SLETTEN INC.,<br>Defendant. | Case No. 18-cv-01402-PJH<br><br>**ORDER DENYING SECOND MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**<br>Re: Dkt. No. 144 |

The court is in receipt of plaintiff Georgette G. Purnell's October 7, 2019 motion for review or reconsideration under Civil Local Rule 72-2 from a non-dispositive discovery order issued by Magistrate Judge Kandis Westmore on August 19, 2019 (Dkt. 144). On September 23, 2019, the court denied a materially identical motion filed by plaintiff (Dkt. 140). For the same reasons set forth in its order on that motion, the instant motion is DENIED.

The court will entertain no further motions concerning Magistrate Judge Westmore's August 19, 2019 discovery order.

**IT IS SO ORDERED.**

Dated: October 18, 2019

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge