UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGETTE G. PURNELL,<br><br>    Plaintiff,<br><br>    v.<br><br>RUDOLPH AND SLETTEN INC.,<br><br>    Defendant. | Case No. 18-cv-01402-PJH<br><br>**ORDER VACATING ALL DATES EXCEPT DISCOVERY DEADLINES AND HEARING ON DEFENDANTS' MOTION FOR TERMINATING SANCTIONS** |

The court hereby vacates all dates in this action, except any discovery deadlines and the hearing on defendants' second motion for terminating sanctions (Dkt. 153). Given that, defendants' administrative motion to continue deadlines for pretrial filings (Dkt. 157) is DENIED as moot.

Once the court makes its ruling on defendants' motion for summary judgment (Dkts. 117, 152), the court will issue an updated pretrial order.

**IT IS SO ORDERED.**

Dated: November 20, 2019

                                              /s/ Phyllis J. Hamilton
                                              PHYLLIS J. HAMILTON
                                              United States District Judge