UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGETTE G. PURNELL,

    Plaintiff,

v.

RUDOLPH AND SLETTEN INC., SERVICE WEST, INC.

    Defendants.

Case Nos. 18-cv-01402-PJH,
18-cv-01404-PJH

**JUDGMENT**

    The issues having been duly heard and the court having granted defendant Rudolph & Sletten, Inc.'s and defendant Service West, Inc.'s motion for summary judgment,

    it is Ordered and Adjudged

    that judgment is hereby entered in favor of defendants and against plaintiff.

    **IT IS SO ORDERED.**

Dated: December 20, 2019

    /s/ Phyllis J. Hamilton
    PHYLLIS J. HAMILTON
    United States District Judge