GEORGETTE G. PURNELL
4443 AVELON AVE. APT NO:102
FRESNO CA. 93722

Ph #: (559) 722 2571
Email: Kidanegeorgette@yahoo.com

In Pro Per



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GEORGETTE G. PURNELL
(Plaintiff)

NO: 18-cv-01402 PJH

NOTICE OF APPEAL

v

RUDOLPH AND SLETTEN INC.
(Defendants)

GEORGETTE G. PURNELL
(Plaintiff)

CONSOLIDATED WITH:

NO: 18-cv-1404 PJH

v

SERVICE WEST INC.
(Defendants)

NOTICE IS HEREBY GIVEN, plaintiff appeals from this court's December 20th, 209 order

and judgement granting defendants motion for summary judgement.

(order and judgement at issue attached)

At the same time plaintiff respectfully requests this court hastens the transfer of the neccessary by rule of law files and documents to the United States Court Of Appeal For The Ninth Circuit which would enable plaintiff to request that court shortens the time for the briefing schedule to commence..

Date: January 1st 2020

Respectfully Submitted

Georgette G. Purnell
4443 Avelon Ave Apt 102
Fresno Ca. 93722

Georgette G. Purnell
_____
(Plaintiff)

v.

Rudolph And Sletten Inc.
Service West Inc.
_____
(Defendants)
_____ /

Case Number: 18-CV-01402 PJH
18-CV-01404 PJH

PROOF OF SERVICE

I hereby certify that on **January 1st 2020**, I served a copy of the attached   PLAINTIFF'S NOTICE OF APPEAL

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at

Fresno Ca. 93722

(List Name and Address of Each Defendant or Attorney Served)

Kristin E Hutchins SBN184429
Littler Mendelson, Pc
333 Bush Street 34th Floor
San Francisco Ca 94104

Mark J Divelbliss SBN142034
5838 Rincon Drive
Oakland Ca 94611

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Person Completing Service)
(Private Server) Zigfred Bucks

NC

1  Name: Georgette G Purnell
2  Address: 249 E. Church Ave.
3  Fresno CA. 93706

FILED
JAN 06 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

7  Georgette G. Purnell          4:18-cv-01404-PJH
8  (Plaintiff/Petitioner)        4:18-cv-01402-PJH
                                 (Case Number)
9  vs.
10 Rudolph & Sletten Inc.        NOTICE OF CHANGE OF ADDRESS
11 (Defendant(s)/Respondent)
   Service West Inc.

13 PLEASE TAKE NOTICE that Plaintiff/Petitioner
                                       (circle one)

14 (print name) Georgette G Purnell  hereby submits a change
15 of address in the above-entitled case, as follows:

16                   249 E. Church Ave.
17 OLD ADDRESS:   ~~4443 Avelon Ave Apt 102~~
                  ~~Fresno Ca 93722~~  93706

20 NEW ADDRESS:  4443 Avalon Ave. #102
21               Fresno, CA. 93722

23 DATED: Jan. 1st 2020
                                   Plaintiff/Petitioner
24                                 (signature)

25 YOU MUST FILE AN ORIGINAL CHANGE-OF-ADDRESS
   FORM IN EACH OF YOUR OPEN CASES
26